[No. 69489-8-I.   Division One.   September 23, 2013.]

*In the Matter of the Personal Restraint of* FERNANDO CHIRINOS, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.

[No. 69757-9-I.   Division One.   September 23, 2013.]

*In the Matter of the Custody of* A.V.X.M. ET AL.

ADAM MARTIN ET AL., *Respondents*, v. PHET XAYKOSY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-3-06706-1, Jeffrey M. Ramsdell, J., entered November 30, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 42202-6-II.   Division Two.   September 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE SCOTT LAKE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03264-7, Susan Serko, J., entered June 3, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 42720-6-II.   Division Two.   September 24, 2013.]

H. CRAIG SCHWEIKART, *Individually and as Personal Representative*, ET AL., *Appellants*, v. FRANCISCAN HEALTH SYSTEM-WEST ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-05927-7, Brian M. Tollefson, J., entered September 27, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt, J.; Bjorgen, J., concurring separately.